■ CHERISE ROBINSON, Respondent, v STATE OF NEW YORK, Appellant. [731 NYS2d 858] —In a claim to recover damages for personal injuries, the defendant appeals from an order of the Court of Claims (Collins, J.), dated September 11, 2000, which, after a hearing, granted that branch of the claimant's oral application which was for the imposition of a sanction to the extent of assessing a $500 sanction against Assistant Attorney General Jane Duffy.

Ordered that the appeal is dismissed, with costs.

The order appealed from imposed a sanction following a hearing on the claimant's oral application. It did not decide a motion on notice, and therefore is not appealable as of right (*see,* CPLR 5701 [a] [2]; *Stern v Stern,* 273 AD2d 298; *Velasquez v C.F.T., Inc.,* 267 AD2d 229; *Beige v Beige,* 265 AD2d 438; *Kelleher v Mt. Kisco Med. Group,* 264 AD2d 760). The defendant failed to move for leave to appeal (*see,* CPLR 5701 [c]), and we decline to grant leave under the circumstances (*see, Davidson Metals Corp., v Marlo Dev. Co.,* 262 AD2d 599; *Cuffie v New York City Health & Hosps. Corp.,* 260 AD2d 423; *cf., Blaisdell v Huntington Hosp.,* 270 AD2d 376; *Pigott v Hamalian,* 262 AD2d 383). Ritter, J. P., Florio, Feuerstein and Crane, JJ., concur.